# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**SALES PAD, LLC**, a Michigan
Limited Liability Company,

Plaintiff/Counter-Defendant,

v.

**MARCUS LEMONIS LLC,** a Delaware
Limited Liability Company, and
**MARCUS LEMONIS,** Individually,

Defendants/Counter-Plaintiffs.
_____/

Case No. 1:16-cv-01444
Hon. Janet T. Neff

## STIPULATION AND ORDER

NOW COME THE Parties, Plaintiff, Sales Pad, LLC and Defendants, Marcus Lemonis and Marcus Lemonis LLC, by and through their respective attorneys and stipulate as follows:

1. Pursuant to this Court's March 28, 2017, Order, adjourning the Fed. R. Civ. P. 16 scheduling conference in this matter, the parties were given time to explore facilitative mediation and were to report the results to this Court by June 26, 2017. Further, the Order advised that the parties could request additional time for the completion of facilitative mediation.

2. Due to the difficulty in finding a mediation dates that worked for the parties, their counsel and the mediator, mediation has not yet occurred, but is currently scheduled for July 27, 2017, in Chicago before the Hon. Wayne R. Andersen (Ret.).

3. The parties stipulate and request that this Court should enter an Order extending the deadline by which the parties shall file a joint notice regarding settlement efforts until August 14, 2017, a date that is after mediation which is currently scheduled for July 27, 2017.

**Young Basile Hanlon & MacFarlane, PC**

 /s/ Michael M. Jacob (with permission)
 Michael M. Jacob (P15391)
 3001 W. Big Beaver Road, Ste. 624
 Troy, Michigan 48084
 (248) 649-3333
 (248) 649-3338

**Miller, Canfield, Paddock and Stone, PLC**

 */s/ Joseph M. Infante*
Joseph M. Infante (P68719)
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI  49503
(616) 454-8656

# **ORDER**

At a session of said Court, held this ___ day of
June 2017 in the Western District of Michigan.

PRESENT:   HON. JANET T. NEFF
           U.S. District Judge

Pursuant to the stipulation of the parties, this Court's March 28, 2017, Order is amended to allow additional time for the parties to conduct mediation. The deadline for the parties to file a joint notice of their settlement efforts shall be extended from June 26, 2017 to August 14, 2017.

By: Hon. Janet T. Neff
District Court Judge

29282742.1\156219-00001