# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**SALES PAD, LLC**, a Michigan
Limited Liability Company,

    Plaintiff/Counter-Defendant,

v.

**MARCUS LEMONIS LLC,** a Delaware
Limited Liability Company, and
**MARCUS LEMONIS,** Individually,

    Defendants/Counter-Plaintiffs.

_____/

Case No. 1:16-cv-01444
Hon. Janet T. Neff

## STIPULATED ORDER OF DISMISSAL

WHEREAS, the parties having submitted this matter to a voluntary facilitation with the Honorable Wayne Andersen, Northern District of Illinois District Judge (Retired) in Chicago on July 27, 2017;

WHEREAS, the parties were able to reach a resolution of this litigation and thereafter, executed a Settlement and Release Agreement; and,

WHEREAS, pursuant to their Settlement and Release Agreement, the parties now desire to enter an Order of Dismissal of this litigation with prejudice and without costs or fees to any party;

NOW, THEREFORE;

IT IS HEREBY ORDERED, pursuant to FRCP 41(a)(1)(A)(ii), that this case be and the same is hereby dismissed with prejudice and without costs or fees to any party.

_____
United States District Court Judge

Approved as to form and substance,
Notice of entry waived:


*Michael M. Jacob*
Michael M. Jacob
*Attorney for Plaintiff*


*Joseph M. Infante (w/consent)*
Joseph M. Infante
*Attorney for Defendants*